# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2281 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 42 DB 2016 |
| | : | |
| | : | Attorney Registration No. 83928 |
| v. | : | |
| | : | (Out of State) |
| JEFFREY DAVID GOLDMANN, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of July, 2016, upon consideration of the Recommendation of the Disciplinary Board, Jeffrey David Goldmann is placed on temporary suspension until further order by this Court. *See* Pa.R.D.E. 208(f)(5). He shall comply with the provisions of Pa.R.D.E. 217.

This Order constitutes an imposition of public discipline within the meaning of Pa.R.D.E. 402, pertaining to confidentiality.

Justice Mundy did not participate in the consideration or decision of this matter.